JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG POGREBNOY, <br><br> Plaintiff, <br><br> v. <br><br> RUSSIAN NEWSPAPER DISTRIBUTION, INC., et al., <br><br> Defendants. | No. CV 10-8532 PA (SSx) <br><br> JUDGMENT |

In accordance with the Court's June 28, 2011 Minute Order granting the Motion for Summary Judgment filed by defendants Russian Newspaper Distribution, Inc., MMAP, Inc., Vitaly Matusov, and Alexander Ginzburg (collectively "Defendants") and denying the Motion for Partial Summary Judgment filed by plaintiff Oleg Pogrebnoy ("Pogrebnoy"), the Court has resolved all of the claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that Defendants shall have judgment in their favor on all of Pogrebnoy's claims.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Pogrebnoy take nothing and that Defendants shall have their costs of suit.

DATED: June 28, 2011

Percy Anderson
UNITED STATES DISTRICT JUDGE