LAW OFFICES OF OLGA ZALOMIY, PC
Olga Zalomiy (250699)
17337 Ventura Blvd., Suite 228
Encino, California 91316
Tel: (818) 990-6991 / Fax: (818) 990-2823
E-mail: ozalomiy@hotmail.com

BARNHILL & VAYNEROV LLP
Steven M. Barnhill, Bar No. 123000
Maxim Vaynerov, Bar No. 177520
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Tel: (310) 943-8989 / Fax: (310) 943-8998
E-mail: smbarnhill@aol.com

**Attorneys for**: Defendants Russian Newspaper Distribution, Inc., MMAP, Inc., Vitaly Matusov and Alexander Ginzburg

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG POGREBNOY, | Case No.: CV 10-08532-PA-SS |
| Plaintiff, | Assigned to Honorable Percy Anderson |
| vs. | DEFENDANTS' NOTICE OF APPLICATION TO CLERK TO TAX COSTS |
| RUSSIAN NEWSPAPER DISTRIBUTION, INC., MMAP, INC.; NEWS-TYPE SERVICE, INC., AKA NTS; VITALY MATUSOV; ALEXANDER GINSBURG; JOHN & JANE DOE 1 THROUGH 10, | Date: July 14, 2011<br>Time: 10:00 a.m.<br>Room: 917 |
| Defendants. | Action Filed: November 9, 2010<br>Judgment Entered: June 29, 2011 |

TO THE CLERK OF THE COURT, THE COURT, PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on July 14, 2011, at 10:00 a.m., in Room 917 of the above-captioned Court located at 312 N. Spring Street, Los Angeles, CA 90012, Defendants will request, pursuant to Fed.R.Civ.P. 54(d)(1) and Local Rule 54-3, that the Clerk of the Court tax certain costs incurred by Defendants in this action, in the amount of $5,801.16, as set forth in the proposed Bill of Costs attached hereto, the supporting documentation attached to the proposed Bill of Costs, and the Declaration of Steven M. Barnhill contained within the proposed Bill of Costs.

This Application is made subsequent to the Court's entering final judgment in this action on June 29, 2011 (Docket No. 74). This Application is made on the ground that Defendants are the prevailing parties under Local Rule 54-2 against Plaintiff because Defendants prevailed on their Motion for Summary Judgment in the action. *See*, June 28, 2011 Order granting Defendants' Motion for Summary Judgment (Docket No. 73). Thus, having obtained summary judgment in their favor, Defendants are the prevailing parties under Local Rule 54-2.2, and entitled to have certain costs taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and Local Rule 54-4.

This Application is based upon this Notice of Application to Clerk to Tax Costs, the attached proposed Bill of Costs, the supporting documentation attached to the proposed Bill of Costs, the Declaration of Steven M. Barnhill contained within the proposed Bill of Costs, and upon such other and further evidence and argument as may be presented to the Court if the Court sets a hearing on this Application.

DATED: June 30, 2011

BARNHILL & VAYNEROV LLP

By: _____
Steven M. Barnhill

Attorneys for Defendants Russian Newspaper Distribution, Inc., MMAP, Inc., Vitaly Matusov, and Alexander Ginsburg.