JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG POGREBNOY,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RUSSIAN NEWSPAPER DISTRIBUTION,<br>INC., et al.,<br><br>　　　　　　　Defendants. | No.　　CV 10-8532 PA (SSx)<br><br>JUDGMENT |

In accordance with the Court's Decembert 18, 2014 Findings of Fact and Conclusions of Law, which concluded that plaintiff Oleg Pogrebnoy ("Pogrebnoy") had failed to sustain his evidentiary burden in support of any of his claims asserted against defendants Russian Newspaper Distribution, Inc., MMAP, Inc., Vitaly Matusov, and Alexander Ginzburg (collectively "Defendants"), the Court has resolved all of the claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that Defendants shall have judgment in their favor on all of Pogrebnoy's claims.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Pogrebnoy take nothing and that Defendants shall have their costs of suit.

DATED: December 18, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE