UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG POGREBNOY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSIAN NEWSPAPER DISTRIBUTION, INC., et al.,<br><br>　　　　　　　Defendants. | No.　CV 10-8532 PA (SSx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's October 2, 2017 Findings of Fact and Conclusions of Law, it is nor ORDERED, ADJUDGE, and DECREED that:

1.　Plaintiff Oleg Pogrebnoy's ("Pogrebnoy") claim for cancellation of a federal trademark registration pursuant to 15 U.S.C. § 1064 is dismissed for lack of jurisdiction; and

2.　Pogrebnoy has failed to establish any claim against defendant MMAP, Inc., which is a defunct corporation, and Pogrebnoy's claims against MMAP, Inc. are therefore dismissed with prejudice; and

3.　Defendants Russian Newspaper Distribution, Inc., Vitaly Matusov, and Alexander Ginzburg (collectively "Defendants"), are entitled to judgment in their favor on Pogrebnoy's claim for trade dress infrinement; and

4.　Pogrebnoy is entitled to Judgment in his favor against Defendants on his claims for trademark infringement and unfair competition; and

5. Defendants are jointly and severally liable to Pogrebnoy for damages in the amount of $10.00; and

6. Defendants, their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them who receive actual notice of this Judgment and Permanent Injunction, are, after January 31, 2018, permanently enjoined from using the Курьер and Kurier marks to identify their publications; and

7. Each party shall pay its own costs.

DATED: October 2, 2017

                                              Percy Anderson
                                    UNITED STATES DISTRICT JUDGE